JS-6

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| VICTOR HWA,<br><br>　　　　　Plaintiff,<br><br>　v.<br><br>LOCKHEED MARTIN CORPORATION, ESTHER ELISE GRAVANCE, and DOES 1 through 10,<br><br>　　　　　Defendants. | Case No. CV 23-8984-GW-PDx<br><br>**ORDER GRANTING STIPULATION TO DISMISSAL** |

The Court, having reviewed Plaintiff's Notice of Stipulation to Dismissal, hereby enters an **ORDER** dismissing this matter with prejudice.

Dated: January 11, 2024

　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　HONORABLE GEORGE H. WU
　　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE